GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile:   (415) 551-1502

Attorney for Defendant
HUNG TIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No.: CR 11-0097 CRB (JCS) |
| Plaintiff,  ) | STIPULATION & [PROPOSED] ORDER |
|  ) | MODIFYING CONDITIONS OF RELEASE |
| vs.  ) | AND RECONVEYING PROPERY |
| HUNG TIEU,  ) | |
| Defendant.  ) | |

The parties by and through their attorneys stipulate and agree that Defendant Hung Tieu's conditions of release shall be modified as follows:

1. The Clerk of the Court shall forthwith reconvey the property located at 1232 Marlesta to Eric Chan and Gina Tu-Chan enabling them to refinance their property with an anticipated closing date of January 16, 2012. The refinancing will not impact the equity in the home posted as security for Defendant's release.

2. Following the closing, this property shall be reposted as security for Defendant's release, on or before January 30, 2012.

3. All other conditions shall remain the same.

Dated: January 6, 2012                                      /s/ Robert Rees
                                                            _____
                                                            Robert Rees
                                                            Assistant United States Attorney


Dated: January 6, 2012                                      /s/ Gail Shifman
                                                            _____
                                                            Gail Shifman
                                                            Attorney for Defendant Hung Tieu

### [~~PROPOSED~~] ORDER

This matter having come before the Court upon the Stipulation of the parties and the Court being informed,

It is ORDERED that Defendant Hung Tieu's conditions of release shall be modified as follows:

1. The Clerk of the Court shall forthwith reconvey the property located at 1232 Marlesta to Eric Chan and Gina Tu-Chan enabling them to refinance their property with an anticipated closing date of January 16, 2012. The refinancing will not impact the equity in the home posted as security for Defendant's release.

2. Following the closing, this property shall be reposted as security for Defendant's release, on or before January 30, 2012.

3. All other conditions shall remain the same.

Dated: January __9__, 2012



_____
UNITED STATES MAGISTRATE JUDGE