GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
HUNG TIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR 011-0097 CRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER EXONERATING BAIL |
| HUNG TIEU, | ) |
| Defendant. | ) |

Defendant Hung Tieu having been sentenced by this Court on March 13, 2013,

It is ORDERED that the bail be exonerated and the property posted as security for Defendant's release be transferred by the Clerk of the Court to the Sureties/Owners.

Dated: March 13, 2013

_____
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]